1  LAW OFFICES OF STEPHEN M. MURPHY
   STEPHEN M. MURPHY (No. 103768)
2  P.BOBBY SHUKLA (No. 229736)
   353 Sacramento Street, Suite 1140
3  San Francisco, CA 94111
   Tel:      (415) 986-1338
4  Fax:      (415) 986-1231

5  Attorneys for Plaintiff
   ROBERT GARDNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARDNER,<br><br>         Plaintiff,<br><br>     v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>         Defendants. | Case No.  C 14-01082 TEH<br><br>**JOINT MOTION FOR ADMINSTRATIVE RELIEF TO ADJUST BRIEFING SCHEDULES FOR MOTIONS FOR SUMMARY JUDGMENT/PARTIAL SUMMARY JUDGMENT; STIPULATION AND ~~PROPOSED~~ ORDER**<br><br> IT IS SO ORDERED AS MODIFIED<br>Complaint Filed: March 7, 2014<br>Trial Date:       August 4, 2015 |

Pursuant to Local Rule 7-11, the parties move the court for an order to adjust the briefing schedules for both Defendant's Motion for Summary Judgment, Or In the Alternative, Partial Summary Judgment and Plaintiff's Motion for Partial Summary Judgment. The parties seek to extend all pending deadlines by one week. The request for additional time for responsive papers is based on the complexity of the legal issues addressed in each party's motion and the fact that each party needs to file both an opposition and a reply in short order. The parties propose the following briefing schedule: (1) The deadline to file oppositions is moved from May 26, 2015 to June 2, 2015; and (2) the deadline to file replies is moved from June 2, 2015 to June 9, 2015.

1

JOINT MOTION FOR ADMINSTRATIVE RELIEF TO ADJUST BRIEFING SCHEDULES FOR MOTIONS FOR SUMMARY JUDGMENT/PARTIAL SUMMARY JUDGMENT; STIPULATION AND PROPOSED ORDER

## **STIPULATION**

The parties hereby request that this court adjust the deadlines to file oppositions on June 2, 2015 and deadline to file replies on June 9, 2015. It is so stipulated.

Dated: May 13, 2015        THE LAW OFFICE OF STEPHEN M. MURPHY

                           By:    ___/s/ P. Bobby Shukla_____
                                  P. Bobby Shukla
                                  Attorneys for Plaintiff
                                  ROBERT GARDNER

Dated: May 13, 2015        FEDERAL EXPRESS CORPORATION

                           By:    ___/s/ Charles Mathies_____
                                  Charles Matheis
                                  Attorneys for Defendant
                                  FEDERAL EXPRESS CORPORATION

## **ORDER**

IT IS SO ORDERED that deadlines to file oppositions is moved from May 26, 2015 to June 2, 2015; and (2) the deadlines to file replies is moved from June 2, 2015 to June 9, 2015.  Hearing continued to June 29, 2015, at 10:00 AM.

DATED: May __14__, 2015

                                   _____
                                   THELTON E. HENDERSON
                                   United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Thelton E. Henderson*

2
JOINT MOTION FOR ADMINSTRATIVE RELIEF TO ADJUST BRIEFING SCHEDULES FOR MOTIONS FOR SUMMARY JUDGMENT/PARTIAL SUMMARY JUDGMENT; STIPULATION AND PROPOSED ORDER