UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT GARDNER,

    Plaintiff,

    v.

FEDERAL EXPRESS CORPORATION,

    Defendant.

Case No. 14-cv-01082-TEH

**ORDER RE: JURY QUESTIONNAIRE**

The Court held a pretrial conference on September 21, 2015. At the conference, the Parties asked the Court to allow use of a three-page jury questionnaire. The Parties explained that prospective jurors would have about 30 minutes to complete the questionnaire, after which the Parties would need a number of hours to copy and review the responses.

After carefully considering the Parties' request, the Court has determined that a questionnaire would not save time in the jury selection process, and may even cause unnecessary delay. To ensure an orderly and efficient jury selection process, the Court hereby declines the Parties' request to use a jury questionnaire.

**IT IS SO ORDERED.**

Dated: 09/22/15

THELTON E. HENDERSON
United States District Judge