# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARDNER, | Case No. 3:14-cv-01082 TEH |
| Plaintiff, | |
| v. | **VERDICT FORMS** |
| FEDERAL EXPRESS CORPORATION, | |
| Defendants. | |

**First Claim (Disability Discrimination)**

We, the jury, answer the following questions:

1.    Did Robert Gardner have a physical condition that limited a major life activity?

_____ Yes _____ No

If your answer to question 1 is yes, then answer question 2. If you answered no, then sign and date this verdict.

2.    Did FedEx know that Mr. Gardner had a physical condition that limited a major life activity?

_____ Yes _____ No

If your answer to question 2 is yes, then answer question 3. If you answered no, then sign and date this verdict.

3.    Was Mr. Gardner able to perform the essential job duties of the Ramp Transport Driver position with or without accommodation?

_____ Yes _____ No

If your answer to question 3 is yes, then answer question 4. If you answered no, then sign and date this verdict.

4.    Did FedEx subject Mr. Gardner to an adverse employment action?

_____ Yes _____ No

If your answer to question 4 is yes, then answer question 5. If you answered no, then sign and date this verdict.

5.       Was Robert Gardner's physical condition a substantial motivating reason for FedEx's decision to subject Mr. Gardner to an adverse employment action?

      _____ Yes _____ No

If your answer to question 5 is yes, then answer question 6. If you answered no, then sign and date this verdict.

6.       Was FedEx's conduct a substantial factor in causing harm to Mr. Gardner?

      _____ Yes _____ No

Sign and date this verdict.

DATED: 10/22/15

PRESIDING JUROR NO. 4

PRESIDING JUROR SIGNATURE

3

**Second Claim (Failure to Engage in Interactive Process)**

1. Did Robert Gardner have a physical condition that was known to FedEx?

    ___✓___ Yes  _____ No

If your answer to question 1 is yes, then answer question 2.  If your answer to question 1 is no, then sign and date this verdict.

2. Did Mr. Gardner request that FedEx make reasonable accommodation for his physical condition so that he would be able to perform the essential duties of the job?

    ___✓___ Yes  _____ No

If your answer to question 2 is yes, then answer question 3. If your answer to question 2 is no, then sign and date this verdict.

3. Was Mr. Gardner willing to participate in an interactive process to determine whether reasonable accommodation could be made so that he would be able to perform the essential job duties of the Ramp Transport Driver position?

    ___✓___ Yes  _____ No

If your answer to question 3 is yes, then answer question 4. If your answer to question 3 is no, then sign and date this verdict.

4. Did FedEx fail to participate in a timely, good-faith interactive process with Mr. Gardner to determine whether reasonable accommodation could be made?

    _____ Yes  ___✓___ No

If your answer to question 4 is yes, then answer question 5. If your answer to question 4
is no, then sign and date this verdict.

    5.    Was FedEx's failure to participate in the interactive process a substantial

factor in causing harm to Mr. Gardner?

               _____ Yes _____ No

Sign and date this verdict.

DATED: _10/22/15_                    PRESIDING JUROR NO. _1_

                                    _Pete Emmy_
                                    PRESIDING JUROR SIGNATURE

5

**Third Claim (Failure to Provide Reasonable Accommodation)**

1.    Did Robert Gardner have a physical condition that limited a major life activity?

          ✓ Yes        No

If your answer to question 1 is yes, then answer question 2. If you answered no, then sign and date this verdict.

2.    Did FedEx know that Mr. Gardner had a physical condition that limited a major life activity?

          ✓ Yes        No

If your answer to question 2 is yes, then answer question 3. If you answered no, then sign and date this verdict.

3.    Was Mr. Gardner able to perform the essential job duties of the Ramp Transport Driver position with or without accommodation?

          ✓ Yes        No

If your answer to question 3 is yes, then answer question 4. If you answered no, then sign and date this verdict.

4.    Did FedEx fail to provide reasonable accommodation for Mr. Gardner's disability?

           Yes  ✓ No

If your answer to question 4 is yes, then answer question 5. If you answered no, then sign and date this verdict.

6

    5.      Was FedEx's failure to provide reasonable accommodation a substantial

factor in causing harm to Robert Gardner?


                    _____ Yes _____No

Sign and date this verdict.

DATED: __10/22/15__                         PRESIDING JUROR NO. __4__

                                            _____
                                            PRESIDING JUROR SIGNATURE

7

## Fourth Claim (Retaliation)

1.      Did Robert Gardner take medical leave?

        ___✓___ Yes _____ No

If your answer to question 1 is yes, then answer question 2. If you answered no, then sign and date this verdict.

2.      Did FedEx subject Robert Gardner to an adverse employment action?

        _____ Yes ___✓___ No

If your answer to question 2 is yes, then answer question 3. If you answered no, then sign and date this verdict.

3.      Was Robert Gardner's medical leave a substantial motivating reason for FedEx's decision to subject Robert Gardner to an adverse employment action?

        _____ Yes _____ No

If your answer to question 3 is yes, then answer question 4. If you answered no, then sign and date this verdict.

4.      Was FedEx's conduct a substantial factor in causing harm to Robert Gardner?

        _____ Yes _____ No

Sign and date this verdict.

DATED: _10/23/15_

PRESIDING JUROR NO. _4_

_[signature]_

PRESIDING JUROR SIGNATURE

8

**Fifth Claim (Failure to Prevent Discrimination or Retaliation)**

*Answer the following questions only if you answered yes to either question 6 of the First*
*Claim <u>or</u> question 4 of the Fourth Claim.  If you did not answer yes to either question,*
*leave blank.*

      1.     Did FedEx fail to take reasonable steps to prevent discrimination or
retaliation?

           \_\_\_\_\_ Yes _____No

If your answer to question 1 is yes, then answer question 2. If you answered no, then sign
and date this verdict.

      2.     Was FedEx's failure to prevent discrimination or retaliation a substantial
factor in causing harm to Robert Gardner?

           \_\_\_\_\_ Yes _____No.

Sign and date this verdict.

DATED: _____

                                 PRESIDING JUROR NO. _____

                               _____

                               PRESIDING JUROR SIGNATURE

9

**Sixth Claim (Wrongful Discharge in Violation of Public Policy)**

1.      Was Robert Gardner employed by FedEx?

_____✓_____ Yes _____No

If your answer to question 1 is yes, then answer question 2. If you answered no, then sign and date this verdict.

2.      Did FedEx discharge Mr. Gardner?

_____✓_____ Yes _____No

If your answer to question 2 is yes, then answer question 3. If you answered no, then sign and date this verdict.

3.      Was Mr. Gardner's disability or medical leave a substantial motivating reason for Mr. Gardner's discharge?

_____ Yes ___✓___No

If your answer to question 3 is yes, then answer question 4. If you answered no, then sign and date this verdict.

4.      Was the discharge a substantial factor in causing harm to Mr. Gardner?

_____ Yes _____No

Sign and date this verdict.

DATED: _10/22/15_                    PRESIDING JUROR NO. _4_

                                     _____
                                     PRESIDING JUROR SIGNATURE

10

**Damages**

*Answer the following questions only if you have answered yes to question 6 of the First Claim, question 5 of the Second Claim, question 5 of the Third Claim, question 4 of the Fourth Claim, question 2 of the Fifth Claim, or question 4 of the Sixth Claim.*

We, the jury, answer the following questions:

1.      What are Robert Gardner's damages?

      a.      Past lost earnings:_____

      b.      Future lost earnings:_____

      c.      Past non-economic loss:_____

      d.      Future non-economic loss:_____

2.      Did Robert Gardner prove by clear and convincing evidence that an officer, director or managing agent of FedEx committed, authorized or ratified an act of malice, oppression or fraud?

_____ Yes _____No

If you answered yes, answer next question. If you answered no, sign and date this form.

3.      How much do you award in punitive damages?: _____

Sign and date this verdict.

DATED: 10/23/15

PRESIDING JUROR NO. 4

PRESIDING JUROR SIGNATURE

11