1  STEPHEN M. MURPHY   SBN 103768
   P. BOBBY SHUKLA   SBN 229736
2  LAW OFFICES OF STEPHEN M. MURPHY
   353 Sacramento Street, Suite 1140
3  San Francisco, CA 94111
   Tel:   (415) 986-1338
4  Fax:   (415) 986-1231

5  Attorneys for Plaintiff
   ROBERT GARDNER

6

7  CHARLES W. MATHEIS   SBN  82476
   FEDERAL EXPRESS CORPORATION
   2601 Main Street, Suite 340
8  Irvine, CA 92614
   Tel:   (949) 862-4638
9  Fax:   (949) 862-4605

10 Attorney for Defendant
   FEDERAL EXPRESS CORPORATION

11

12                UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14

15 ROBERT GARDNER,                    )  CASE NO.: 3:14-cv-01082-TEH
                                      )
16      Plaintiff,                    )
                                      )
17 v.                                 )  STIPULATION AND [PROPOSED]
                                      )  ORDER TO CONTINUE HEARING
18                                    )  DATE ON MOTION FOR A NEW TRIAL
   FEDERAL EXPRESS CORPORATION, and   )
19 DOES ONE through TWENTY, inclusive, )
                                      )
20      Defendants.                   )
   _____   )
21

22

23

24

25
                        1
26

The current date for the hearing on the Motion for a New trial is February 22, 2016. (Document #113.) Due to the unavailability of counsel for the Defendant on that date, the parties agree to continue the hearing date in this matter.

STIPULATION

The parties hereby respectfully request that this Court continue the hearing date on the Motion for a New Trial in this matter until March 28, 2016.

SO STIPULATED.

Date:   December 10, 2015          THE LAW OFFICES OF STEPHEN M. MURPHY

By:      /s/  P. Bobby Shukla
         Stephen M. Murphy
         P. Bobby Shukla
         Attorneys for Plaintiff
         ROBERT GARDNER

Date: December 10, 2015            FEDERAL EXPRESS CORPORATION

By:      /s/ Charles W. Matheis, Jr.
         Charles W. Matheis, Jr.
         Attorney for Defendant
         FEDERAL EXPRESS CORPORATION

1

~~PROPOSED~~ ORDER

2 TO COUNSEL OF RECORD:

3      Having considered the parties stipulation for an order continuing the hearing date from

4 February 22, 2016 to March 28, 2016, the Court GRANTS that order .

5 IT IS SO ORDERED.

6

7 Date: December 15, 2015           _____

                                   THELTON E. HENDERSON

8                                   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                1

26